IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. ROBINSON and REGINA LOUISE ROBINSON | : | CIVIL ACTION NO. 09-155 |
| v. | : | |
| DELTA INTERNATIONAL MACHINERY CORPORATION | : | |

## ORDER

AND NOW, this 15th day of March, 2011, after consideration of defendant's motion for summary judgment and plaintiffs' response thereto, it is ORDERED that defendant's motion is GRANTED and judgment is ENTERED in favor of defendant Delta International Machinery Corporation and against plaintiffs David A. Robinson and Regina Louise Robinson.

It is FURTHER ORDERED that defendant's motion to preclude the testimony proffered by plaintiffs' expert is DENIED AS MOOT.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.